JOHN M. McCOY III, Cal. Bar No. 166244
Email: mccoyj@sec.gov
GREGORY C. GLYNN, Cal Bar. No. 39999
Email: glynng@sec.gov
BERNARD B. SMYTH, Cal. Bar No. 217741
Email: smythb@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
John M. McCoy III, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL REALTY HOLDINGS, INC.; OTTONIEL MEDRANO; and LETICIA ISABEL MEDRANO,<br><br>Defendants. | Case No.: 09-cv-01945-DDP (PLAx)<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANTS INTERNATIONAL REALTY HOLDINGS, INC., OTTONIEL MEDRANO AND LETICIA ISABEL MEDRANO SHOULD NOT BE HELD IN CONTEMPT OF TEMPORARY RESTRAING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date: August 23, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 3, U.S. Courthouse<br>312 N. Spring Street<br>Los Angeles, CA 90012 |

The Plaintiff Securities and Exchange Commission ("Commission") has moved this Court for the issuance of an Order to Show Cause as to why the Defendants International Realty Holdings ("IRH"), Ottoniel Medrano ("O.

1

1  Medrano") and Leticia Isabel ("L.I. Medrano") should not be found in civil
2  contempt of the Court's March 23, 2009 Temporary Restraining Order ("TRO")
3  and April 2, 2009 Preliminary Injunction. The matter came on regularly for
4  Hearing in open Court on August 23, 2010. The Court has considered all evidence
5  in the papers filed in support of this Motion and in opposition thereto.

For good cause shown, the Commission's motion is hereby GRANTED in the following particulars:

Defendants IRH, O. Medrano and L.I. Medrano are each ORDERED to show cause by _____, 2010, why each of them should not be found in contempt of Preliminary Injunction of April 2, 2009 at Section VIII at p. 7 (Dkt. No. 19), and of the TRO of March 23, 2009 at Section VII at p. 6 (Dkt. No. 10).

The Court will hold a hearing at ____ a.m./p.m. on _____, 2010, to determine whether to find Defendants IRH, O. Medrano and/or L.I. Medrano in contempt of the Preliminary Injunction and/or Temporary Restraining Order, as well as to consider what sanctions, if any, should be imposed. The Court notes that sanctions upon a finding of civil contempt may include incarceration.

Dated: _____

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____  7/22/2010
Gregory C. Glynn, Esq.
Attorneys for Plaintiff
SECURITIES & EXCHANGE COMMISSION

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036.

Telephone: (323) 965-3998   Fax: (323) 965-3908

On July 22, 2010, I caused to be served the document entitled:
[PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANTS INTERNATIONAL REALTY HOLDINGS, INC., OTTONIEL MEDRANO AND LETICIA ISABEL MEDRANO SHOULD NOT BE HELD IN CONTEMPT OF TEMPORARY RESTRAING ORDER AND PRELIMINARY INJUNCTION

upon the parties to this action addressed as stated on the attached service list:

[X]   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:** I caused to be personally delivered each such envelope by hand to the office of the addressee.

[ ]   **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX (BY AGREEMENT ONLY):** By causing the document to be sent by facsimile transmission. The transmission was reported as complete and without error.

Date: July 22, 2010

_____
Gregory C. Glynn

1

<u>**SEC v. International Realty Holdings, Inc.**</u>
**United States District Court**
**Central District of California--Western Division**
**Case No. CV-09-01945-DDP (JWJx)**
**(LA-3598)**

<u>**MASTER SERVICE LIST**</u>

Dmitry Y. Gurovich, Esq.           (Also served by Facsimile)
Elon Berk, Esq.
Gurovich, Berk & Associates, APC
15250 Ventura Boulevard
Suite 1220
Sherman Oaks, California 91403

E-mail: gba-law@yahoo.com
Telephone: (818) 205-1555
Facsimile:  (818) 205-1559

*Counsel for Defendants International Realty Holdings, Inc. Ottoniel Medrano and Leticia Isabel Medrano*